IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RICHARD WOLBERG, : | |
| : | |
| PLAINTIFF, : | CIVIL ACTION |
| v. : | |
| : | NO. 12-11671 |
| BANK OF AMERICA, : | |
| : | |
| DEFENDANT. : | |
| : | |

## NOTICE OF REMOVAL

Defendant FIA Card Services, N.A. (incorrectly named as "Bank of America, N.A.") ("Defendant" or "FIA")[1], through its undersigned counsel, Wilson, Elser, Moskowitz, Edelman & Dicker LLP, hereby removes the action pending in the Trial Court of the Commonwealth of Massachusetts, District Court Department, Bristol County, Fall River Division and captioned as Richard Wolberg v. Bank of America, No. 1132CV001024 (the "State Court Action") to the United States District Court for the District of Massachusetts on this Tenth day of September, 2012, without prejudice to and with full reservation of all of its rights. In support of this removal, Defendant states as follows:

---

[1] The correct party is FIA Card Services, N.A. Bank of America, N.A. does not issue or service any "Bank of America" credit cards, including the account(s) at issue in this case. FIA Card Services is the only entity that issues and services "Bank of America" credit cards in the United States. As reflected in the cardholder agreement and credit card statements, FIA is the issuer and servicer of the account(s) at issue in this case

947395.1

1.     The State Court Action was filed on or about July 20, 2012.  On or about August 10, 2012, Defendant was served with the Amended Complaint.[2]  Thirty (30) days thereafter is September 9, 2012 (a Sunday).  Pursuant to F.R.C.P. 6(a)(1)(C), which applies to any statute that does not specify a method of computing time such as 28 U.S.C. § 1446, "if the last day [of the calculated time period] is a . . . Sunday . . ., the period continues to run until the end of the next day that is not a . . . Sunday . . ."  Thus, the thirty (30) day deadline for removal under 28 U.S.C. § 1446 is September 10, 2012 (a Monday).  Accordingly, the State Court Action is being timely removed in accordance with 28 U.S.C. § 1446(b).  A Copy of the Amended Complaint in the State Court Action is attached hereto as **Exhibit A**.

2.     The State Court Action is pending in the Trial Court of the Commonwealth of Massachusetts, District Court Department, Bristol County, Fall River Division.  The Amended Complaint in the State Court Action alleges that on or about May 2011, Plaintiff Richard Wolberg was an "authorized user" but not the owner of a credit card issued by Bank of America.  (See Amended Complaint, Ex. A, ¶ 4.)  The Amended Complaint alleges that Defendant reported Plaintiff's Social Security Number and other personal information to major credit bureaus throughout the United States alleging that the credit card debt was that of Plaintiff.  (Id. at ¶ 5.)  The Amended Complaint further alleges that all of the actions of Defendant were violations of the United States Fair Debt Collection Practices Act, 15 U.S.C. § 1692 ("FDCPA") and other "Federal" laws.  (Id. at ¶ 6.)  The Amended Complaint alleges actual and statutory damages.  (Id. at ¶ 7.)  The Amended Complaint demands judgment against Defendant.

---

[2]    Bank of America was not named in the Original Complaint.

947395.1

3. This action arises under the Constitution, laws, or treaties of the United States, namely the FDCPA and other unspecified Federal laws.

4. The United States District Court for the District of Massachusetts has original jurisdiction over this action pursuant to 28 U.S.C. § 1331 and this action is properly removable to this Court pursuant to 28 U.S.C. § 1441 and 1446.

5. The undersigned has provided notice of the removal of this action to Plaintiff's counsel and to the Trial Court of the Commonwealth of Massachusetts, District Court Department, Bristol County, Fall River Division by filing a Notice of Filing of Notice of Removal with that Court, and by serving copies of same on Plaintiff's counsel pursuant to 28 U.S.C. § 1446(d).

Respectfully submitted,

**WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP**

By:  /s/     Erik J. Tomberg
Erik J. Tomberg, BBO# 669413
260 Franklin Street, 14th Floor
Boston, MA 02110
(617) 422-5329

*Attorneys for Defendant*

Dated: September 10, 2012

947395.1

## CERTIFICATE OF SERVICE

  I hereby certify that, on September 10, 2012, I served a true and correct copy of the foregoing *Notice of Notice of Removal*, upon the following as follows:

Via U.S. Mail, Certified Return Receipt Requested

Jeffrey S. Entin, Esquire
Entin & Entin
399 North Main Street
Fall River, MA 02720

*Attorneys for Plaintiff*


            /s/  Erik J. Tomberg
            Erik J. Tomberg

947395.1