# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RICHARD WOLBERG, | : |
| PLAINTIFF, | : CIVIL ACTION |
| v. | : |
| | : NO. 12-11671 |
| BANK OF AMERICA, | : |
| DEFENDANT. | : |

## STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. Rule 41(a)(1)(A)(ii), the parties to the above-captioned matter hereby stipulate that all claims, cross-claims and counterclaims be dismissed with prejudice, without costs and attorneys' fees, and with all rights of appeal waived.

Respectfully submitted,                          Respectfully submitted,

**ENTIN & ENTIN**                                **WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP**

/s/ Jeffrey S. Entin                              /s/ Erik J. Tomberg
Jeffrey S. Entin, Esquire                         Erik J. Tomberg, BBO# 669413
399 North Main Street                             260 Franklin Street, 14th Floor
Fall River, MA 02720                              Boston, MA 02110
                                                  (617) 422-5329

*Attorney for Plaintiff,*                         *Attorneys for Defendant FIA Card*
*Richard Wolberg*                                 *Services, N.A. (incorrectly named*
                                                  *as "Bank of America, N.A.")*

## CERTIFICATE OF SERVICE

I, Erik J. Tomberg, hereby certify that, on this 6th day of December, 2012, the foregoing document was filed through the ECF system; the document will be sent electronically to the registered participants; and copies will be delivered by other means on those indicated as non-registered participants, if any.

/s/ Erik J. Tomberg
_____
Erik J. Tomberg

957645.1